Scott E. Shaffman, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
TEL: (831) 333-0321
FAX: (831) 333-9012
sshaffman@aol.com
Attorney for Plaintiff,
SUSAN ANN NORMAN

SEAN P. NALTY, S.B. # 121253
OGLETREE, DEAKINS, NASH, SMOKE &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Frnacisco, CA 94105
TEL:   415-442-4810
FAX:   415-442-4870
sean.nalty@ogletree.com
Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF CANADA

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **SUSAN ANN NORMAN**<br><br>　　　　　**Plaintiff,**<br>　vs.<br><br>**SUN LIFE ASSURANCE COMPANY OF CANADA**<br><br>　　　　　**Defendant.** | CASE NO.  3:19-CV-07729-WHO<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER THEREON**<br><br>Complaint Filed:　November 22, 2019<br>Trial Date:　　　September 7, 2021 |

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants

---

JT. STIP. TO DISMISS; ORDER THEREON       1

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: January 8, 2021          SCOTT E. SHAFFMAN

By: */s/ Scott E. Shaffman*

Scott E. Shaffman, Attorney for Plaintiff
SUSAN ANN NORMAN

DATED: January 8, 2021          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Sean P. Nalty*

SEAN P. NALTY
Attorneys for Defendant,
SUN LIFE ASSURANCE COMPANY OF CANADA

<u>Filer's Attestation</u>

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories.

**[PROPOSED] ORDER**

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that this action, Case No. 3:19-cv-07729-WHO, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that the Case Management Conference set for January 12, 2021 at 2:00 p.m. is hereby vacated.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated.

IT IS HEREBY FURTHER ORDERED that each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: January 11, 2021

HONORABLE WILLIAM H. ORRICK
**UNITED STATES DISTRICT COURT JUDGE**

JT. STIP. TO DISMISS; ORDER THEREON    3